**Order entered November 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00176-CR

**DERRYCK JEROD JAMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55636-N**

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 27, 2015 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
          JUSTICE